## Statement of Earnings For: Enma Duarte

**Don Taco**
808 King Street
Alexandria, VA 22314

| Period Begin | 4/30/2018 | Company Id | MACNAC | Employee Number | 9812 |
| --- | --- | --- | --- | --- | --- |
| Period End | 5/13/2018 | Department | 700 | Pay Group | DNTACO |
| Check Date | 5/18/2018 | | | SSN | XXX-XX-9812 |

| Federal Filing | | Res State VA | | VA Exemptions | | VA Additional |
| --- | --- | --- | --- | --- | --- | --- |
| Fed Exempts | | Work State VA | | | | |
| Fed Additional | | | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
| --- | --- | --- | --- | --- |
| V5089002 | $0.00 | $1,417.50 | $1,098.40 | |

### EARNINGS

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
| --- | --- | --- | --- | --- | --- |
| Hourly Regular | 27.0000 | 52.50 | 1,417.50 | 544.50 | 14,701.50 |

*Not Included In Totals

### TAXES

| Description | Current | YTD |
| --- | --- | --- |
| SOC SEC EE | 87.88 | 911.49 |
| MED EE | 20.55 | 213.17 |
| FEDERAL WH | 145.70 | 1,384.97 |
| VIRGINIA WH | 64.97 | 671.73 |

### DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| | | |