| Statement of Earnings For: | Emma Duarte | | | | Don Taco | |
|---|---|---|---|---|---|---|
| Period Begin | 4/29/2019 | Company Id | MACNAC | Employee Number | 9812 | 808 King Street |
| Period End | 5/12/2019 | Department | 700 | Pay Group | DNTACO | Alexandria, VA 22314 |
| Check Date | 5/17/2019 | | | SSN | XXX-XX-9812 | |
| Federal-Filing | | Res State VA | | | | |
| Fed Exempts | 4 | Work State VA | | VA Exemptions | 4 | VA Additional |
| Fed Additional | | | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V7188460 | $0.00 | $1,540.00 | $1,276.15 | |

| EARNINGS | | | | | *Not Included in Totals | TAXES | | DEDUCTIONS | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Salary | 19.2500 | 80.00 | 1,540.00 | 640.00 | 13,391.70 | SOC SEC EE | 95.48 | 921.17 | | |
| Hourly Regular | | 0.00 | 0.00 | 57.35 | 1,465.80 | MED EE | 22.33 | 215.43 | | |
| | | | | | | FEDERAL WH | 82.26 | 740.71 | | |
| | | | | | | VIRGINIA WH | 63.78 | 598.57 | | |