# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Enma Duarte <br> *Plaintiff* <br> v. <br> Aguaviva of Alexandria, Inc., and Miguel A. Cordero <br> *Defendant* | ) <br> ) <br> ) Case No. 1:21-cv-00507 <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Enma Duarte.

Date: 06/07/2021

/s/Rachel C. McFarland
*Attorney's signature*

Rachel C. McFarland, VSB 89391
*Printed name and bar number*

LEGAL AID JUSTICE CENTER
1000 Preston Ave, Suite A
Charlottesville, VA 22903
*Address*

rmcfarland@justice4all.org
*E-mail address*

(434) 529-1813
*Telephone number*

(434) 977-0558
*FAX number*