AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Enma Duarte | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:21-cv-00507 |
| Aguaviva of Alexandria, Inc., and Miguel A. Cordero | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Plaintiff, Enma Duarte                                                                                                        .

Date:     06/07/2021                                             /s/ Kelly Poff Salzmann
                                                                                       *Attorney's signature*

                                                                         Kelly Poff Salzmann, VSB 73884
                                                                                *Printed name and bar number*

                                                                                    Legal Aid Justice Center
                                                                                 6066 Leesburg Pike, Suite 520
                                                                                     Falls Church, VA 22041
                                                                                              *Address*

                                                                                  kelly@justice4all.org
                                                                                         *E-mail address*

                                                                                      (571) 620-5260
                                                                                      *Telephone number*

                                                                                      (703) 778-3450
                                                                                         *FAX number*