**The Marston Agency, Inc.**
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

06/08/21

### RETURN ON SERVICE

| | | | |
|---|---|---|---|
| Plaintiff: | Emma Duarte | Court: | United States District Court |
| Defendant: | Aguaviva of Alexandria, Inc. and Miguel A. Cordero | Case: | 1:21-cv-00507 |
| Serve: | Herbert S Rosenblum, a Professional Corporation Registered Agent Aguaviva of Alexandria, INc d/b/a Don Taco 526 King Street, Ste 211 Alexandria, VA 22314 | Return Date: Time: | |
| Contact: | Rachel C. McFarland 1000 Preston Avenue, Suite A Charlottesville, VA 22903 | Phone: Reference: | 434-529-1813 |

Type(s) of Writ(s)     paper:3107946

Summons and Complaint     Exhibits

Witness/Defendant Herbert S Rosenblum, a Professional Corporation Registered Agent was served according to law, as indicated below:

( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.

( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.

( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.

(✓) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.

( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.

( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, **Anthony Johnson** hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

Served Date: 6/16/21     Served Time: 1213

Signature of Process Server: Anthony Johnson

**Notary**

State of: Virginia     County/City of: Henrico, VA Beach, Prince William, Rockingham

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn before me this 16 day of Jun/Jul 2021

Notary Public: _____

| Type of Service: A | Auth Attempts: 1 | Order: 697193 | Same Day Rush: No | 1 Day Rush: No | 2 Day Rush: No |
|---|---|---|---|---|---|
| Attempts | -1- | -2- | -3- | -4- | -5- | -6- |
| Date: | 6/10/21 | | | | | |
| Time: | 950 | | | | | |
| Server: | Nick S. | | | | | |

REMARKS - R/A not in office, No one authorized to accept. Called client + left message.     Personally served R/A Herbert Rosenblum

[Notary Seal: STACY RAE MUTTER, NOTARY PUBLIC, REG # 7783942, MY COMMISSION EXPIRES 9/30/2022, COMMONWEALTH OF VIRGINIA]

NOVA     Marston Agency

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00507

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Herbert Rosenblum  Pro Corp R/A Aquaviva Alexandria
was received by me on (date) 6/16/21 .

☑ I personally served the summons on the individual at (place) 526 King St Ste 211
Alexandria  VA  22314 (RA Herbert Rosenblum)   on (date) 6/16/21   ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is
designated by law to accept service of process on behalf of (name of organization)
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: 6/16/21

*Server's signature*

Anthony Johnson
*Printed name and title*
The Marston Agency, Inc.
3152 Golansky Boulevard
Woodbridge, VA 22192

*Server's address*

Additional information regarding attempted service, etc:


Marston Agency

NOVA