UNITED STATES DISTRICT COURT
For the
Eastern District of Virginia
Alexandria Division

| | |
|---|---|
| Enma Duarte | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : Civil Action No. 1:21-cv-00507 |
| Aguaviva of Alexandria, *et al*. | : |
| | : |
| Defendants. | : |

## AGREED STIPULATION

THE PARTIES, Enma Duarte, plaintiff, by counsel, Rachel McFarland, and Aguaviva of Alexandria, Inc., the defendant, by counsel, James T. Bacon, stipulate as follows:

1. Defendant, Aguaviva of Alexandria, Inc., shall have through August 13, 2021, to file its responsive pleadings to the plaintiff's complaint.

2. The parties agree that this stipulation resolves all matters of service of the summons upon defendant, Aguaviva of Alexandria, Inc.

/s/ James T. Bacon

James T. Bacon, Esq. (VSB# 22146)
ALLRED, BACON, HALFHILL &
YOUNG, P.C.
11350 Random Hills Road, Suite 700
Fairfax, Virginia 22030
(703) 352-1300
(703) 352-1301 – Fax
jbacon@abhylaw.com
*Counsel for Defendants*

/s/ Rachel McFarland

Rachel McFarland (VSB# 89391)
LEGAL AID JUSTICE CENTER
1000 Preston Ave., Suite A
Charlottesville, VA 22903
(434) 977-0553
(434) 977-9558 - Fax
rmcfarland@justice4all.org
*Counsel for Plaintiff*


SO ORDERED:

_____
Judge,
United States Eastern District of Virginia,
Alexandria Division