UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| **Enma Duarte**, <br><br> Plaintiff <br><br> v. <br><br> **Aguaviva of Alexandria, Inc.** <br> d/b/a Don Taco <br><br> and **Miguel A. Cordero**, <br><br> Defendants | Case No.: 1:21-cv-00507 |

## JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT

COME NOW the Plaintiff Enma Duarte ("Plaintiff") and Defendants Aguaviva of Alexandria, Inc, and Miguel Cordero ("Defendants"), by their respective counsel, and jointly move this Court for entry of an Order approving the settlement reached between Plaintiff and Defendants as a fair and reasonable settlement of a bona fide dispute arising under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq*. ("FLSA").  Plaintiff and Defendants incorporate herein the arguments set forth in the Memorandum of Law filed contemporaneously with this Motion.

WHEREFORE, for the reasons outlined above, and for the reasons contained in the accompanying Memorandum of Law, and for all other reasons apparent to the Court, Plaintiff and Defendants y respectfully request that this Court enter an Order approving the negotiated settlement as fair, reasonable, and adequate.

Respectfully submitted this 16th day of August, 2021,

ENMA DUARTE
Plaintiff

1

By Counsel

//s// Rachel C. McFarland
Rachel C. McFarland (VSB No.: 89391)
*rmcfarland@justice4all.org*
**Legal Aid Justice Center**
1000 Preston Avenue, Ste A
Charlottesville, VA 22903
(434) 977-0553 / fax (434) 977-0558

Simon Sandoval-Moshenberg (VSB No.: 77110)
*simon@justice4all.org*
Kelly Poff Salzmann (VSB No.: 73884)
*kelly@justice4all.org*
**Legal Aid Justice Center**
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
(703) 778-3450 / fax (703) 778-3454

*Counsel for Plaintiff*


AGUAVIVA OF ALEXANDRIA, INC
MIGUEL A. CORDERO
Defendants

By Counsel

James T. Bacon, Esq. (VSB# 22416)
MAHDAVI, BACON, HALFHILL & YOUNG, PLLC
11350 Random Hills Rod, Ste 700
Fairfax, VA 22030
(703) 352-1300
(703) 352-1301 - Fax
jbacon@mbhylaw.com
*Counsel for Defendants*

2

## Certificate of Service

I certify that on this 16th day of August 2021, I served a true copy of the Memorandum of Law in Support of Joint Motion for Court Approval of Settlement by email to Defendants' counsel as follows:

James T. Bacon, Esq. (VSB# 22416)
MAHDAVI, BACON, HALFHILL & YOUNG, PLLC
11350 Random Hills Rod, Ste 700
Fairfax, VA 22030
(703) 352-1300
(703) 352-1301 - Fax
jbacon@mbhylaw.com

/s// Rachel C. McFarland
Rachel C. McFarland (VSB No.: 89391)
*rmcfarland@justice4all.org*
**Legal Aid Justice Center**
1000 Preston Avenue, Ste A
Charlottesville, VA 22903
(434) 977-0553 / fax (434) 977-0558