UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| **Enma Duarte**, <br><br> Plaintiff <br><br> v. <br><br> **Aguaviva of Alexandria, Inc.** <br> d/b/a Don Taco <br><br> and **Miguel A. Cordero**, <br><br> Defendants | Case No.: 1:21-cv-00507 |

## PRAECIPE NOTING NAME CHANGE

The Clerk will please note that Defendant's counsel has changed its firm's name as follows:

> James T. Bacon (VSB # 22146)
> Bret E.A. Giaimo, Esq. (VSB# 93515)
> **MAHDAVI BACON HALFHILL &YOUNG, PLLC**
> 11350 Random Hills Road, Suite 700
> Fairfax, VA  22030
> **Email: jbacon@mbhylaw.com**
> Tel:     (703) 352-1300
> Fax;    (703) 352-1301

>> Respectfully submitted
>> AGUAVIVA OF ALEXANDRIA, INC.
>> MIGUEL A. CORDERO
>> By Counsel

MAHDAVI, BACON, HALFHILL, & YOUNG, PLLC

By: _____
James T. Bacon, Esq. (VSB# 22146)
11350 Random Hills Road, Suite 700
Fairfax, VA 22030
703-352-1300
jbacon@mbhylaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by email on this 17th day of August 2021, to Plaintiff's counsel as follows:

>Rachel C. McFarland (VSB No.: 89391)
>*rmcfarland@justice4all.org*
>**Legal Aid Justice Center**
>1000 Preston Avenue, Ste A
>Charlottesville, VA 22903
>(434) 977-0553 / fax (434) 977-0558

_____
James T. Bacon