UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| **Enma Duarte**,<br><br>Plaintiff<br><br>v.<br><br>**Aguaviva of Alexandria, Inc.**<br>d/b/a Don Taco<br><br>and **Miguel A. Cordero**,<br><br>Defendants | Case No.: 1:21-cv-00507 |

**[PROPOSED] ORDER**

    This matter is before the Court on the Parties' Joint Motion for Settlement Approval. Having considered the Motion and finding good cause exists, the Court GRANTS the Motion, and it is hereby ORDERED that the Settlement Agreement is approved.  This case will remain pending on the docket until such time as the Parties inform the Court that the settlement has been fulfilled.

    It is so ORDERED.

    Entered this __ day of August 2021.          _____

                                                                                                                Anthony J. Trenga<br>
                                                                                                     United States District Judge