# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| **Enma Duarte,**<br><br>Plaintiff<br><br>v.<br><br>**Aguaviva of Alexandria, Inc.**<br>d/b/a Don Taco<br><br>and **Miguel A. Cordero,**<br><br>Defendants | Case No.: 1:21-cv-00507 |

## ORDER

This matter is before the Court on the Parties' Joint Motion for Settlement Approval. Having considered the Motion and finding good cause exists, the Court GRANTS the Motion, and it is hereby ORDERED that the Settlement Agreement is approved. This case will remain pending on the docket until such time as the Parties inform the Court that the settlement has been fulfilled.

It is so ORDERED.

Entered this 18 day of August 2021.

/s/
Anthony J. Trenga
United States District Judge