## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

**Enma Duarte**,

Plaintiff

**v.**

**Aguaviva of Alexandria, Inc.**
d/b/a Don Taco

and **Miguel A. Cordero**,

Defendants

Case No.: 1:21-cv-00507

## JOINT STIPULATION OF DISMISSAL

Plaintiff, ENMA DUARTE, and Defendants, AGUAVIVA OF ALEXANDRIA, INC, and

MIGUEL A. CORDERO, by and through their undersigned counsel, hereby agree and stipulate

following the Court's approval of the parties' settlement agreement, Dkt. No. 16, and pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(ii), that the entire action and all claims in Plaintiff's Complaint are

hereby dismissed with prejudice as to future action, subject only to the Court's continuing

jurisdiction to enforce the terms of the parties' settlement agreement under *Kokkonen v. Guardian*

*Life Ins. of America*, 511 U.S. 375 (1994).

Agreed and stipulated this 3rd day of September 2021.

ENMA DUARTE
Plaintiff

By Counsel

_____//s//Rachel C. McFarland_____
Rachel C. McFarland (VSB No.: 89391)
*rmcfarland@justice4all.org*

**Legal Aid Justice Center**
1000 Preston Avenue, Ste A
Charlottesville, VA 22903
(434) 977-0553 / fax (434) 977-0558

Simon Sandoval-Moshenberg (VSB No.: 77110)
*simon@justice4all.org*
Kelly Poff Salzmann (VSB No.: 73884)
*kelly@justice4all.org*
**Legal Aid Justice Center**
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
(703) 778-3450 / fax (703) 778-3454

*Counsel for Plaintiff*


AGUAVIVA OF ALEXANDRIA, INC
MIGUEL A. CORDERO
Defendants

By Counsel

_____
James T. Bacon, Esq. (VSB# 22416)
Bret E.A. Giaimo, Esq. (VSB# 93515)
ALLRED, BACON, HALFHILL & YOUNG, P.C.
11350 Random Hills Rod, Ste 700
Fairfax, VA 22030
(703) 352-1300
(703) 352-1301 - Fax
jbacon@abhylaw.com
*Counsel for Defendants*



## Certificate of Service

I, the undersigned, hereby certify that on this date, I uploaded a copy of the foregoing, as well as all attachments thereto, to this court's CM/ECF system, which will cause a Notice of Electronic Filing (NEF) to be sent to counsel for Defendants:

James T. Bacon, Esq. (VSB# 22416)
Bret E.A. Giaimo, Esq. (VSB# 93515)
ALLRED, BACON, HALFHILL & YOUNG, P.C.
11350 Random Hills Rod, Ste 700

Fairfax, VA 22030
(703) 352-1300
(703) 352-1301 - Fax
jbacon@abhylaw.com
*Counsel for Defendants*


  //s//Rachel C. McFarland
Rachel C. McFarland (VSB No.: 89391)
*rmcfarland@justice4all.org*
**Legal Aid Justice Center**
1000 Preston Avenue, Ste A
Charlottesville, VA 22903
(434) 977-0553 / fax (434) 977-0558