## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| **Enma Duarte**, | |
| Plaintiff | Case No.: 1:21-cv-00507 |
| **v.** | |
| **Aguaviva of Alexandria, Inc.**<br>d/b/a Don Taco | |
| and **Miguel A. Cordero**, | |
| Defendants | |

### [PROPOSED] ORDER

The Parties having settled this matter with this Court's approval, and having stipulated to the dismissal of this case, it is hereby:

**ORDERED AND ADJUDGED** that this case is dismissed with prejudice, subject to this Court's retention of jurisdiction to enforce, if necessary, the Parties' compliance with the terms of the settlement agreement as outlined in the Stipulation of Dismissal, Dkt. No. 17.

Entered this ___ day of September 2021.

_____
Anthony J. Trenga
United States District Judge