UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| Enma Duarte,<br><br>Plaintiff<br><br>v.<br><br>Aguaviva of Alexandria, Inc.<br>d/b/a Don Taco<br><br>and Miguel A. Cordero,<br><br>Defendants | Case No.: 1:21-cv-00507 |

## ORDER

The Parties having settled this matter with this Court's approval, and having stipulated to the dismissal of this case, it is hereby:

**ORDERED AND ADJUDGED** that this case is dismissed with prejudice, subject to this Court's retention of jurisdiction to enforce, if necessary, the Parties' compliance with the terms of the settlement agreement as outlined in the Stipulation of Dismissal, Dkt. No. 17.

Entered this 9 day of September 2021.

Anthony J. Trenga
United States District Judge